Tracy Green (Bar No. 114876)
**WENDEL ROSEN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: tgreen@wendel.com

Attorneys for Marlow Estates HOA,
Secured Creditor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>CARLOS ORTIZ LOPEZ,<br><br>Debtor. | Case No. 19-10519-DM<br><br>Chapter 13<br><br>**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND REQUEST TO CONVERT FOR BAD FAITH**<br><br><u>341(a) Meeting</u>:<br>Date: September 10, 2019<br>Time: 11:00 a.m.<br>Place: 99 South "E" Street<br>Santa Rosa, CA<br><br><u>Confirmation Hearing</u>:<br>Date: October 1, 2019<br>Time: 1:00 p.m.<br>Place: 99 South "E" Street<br>Santa Rosa, CA<br>Judge: The Hon. Dennis Montali |

**TO: THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, SANTA ROSA, CALIFORNIA, THE DEBTOR, DEBTOR'S COUNSEL, THE CHAPTER 13 TRUSTEE, AND OTHER INTERESTED PARTIES:**

Marlow Estates HOA ("HOA") objects to the Debtor's Plan for the reasons set forth herein:

HOA is a secured creditor and filed a proof of claim which indicates that it is owed the sum of $20,269.66. A true and correct copy of the filed Amended Proof of Claim is attached as **Exhibit A** for the Court's convenience.

HOA is a secured creditor pursuant to that lien (attached to the proof of claim). The Plan makes no attempt to pay HOA on its pre-petition claim, and no recognition of its lien. Even if HOA was partially unsecured it would be entitled to payment in full. In addition, HOA has not received any payments since the case was filed, and is owed at least the sum of $334.00 on its prepetition administrative claim.

The Debtor's schedules reflect that the real property is worth the sum of approximately $520,000, and Citibank filed claim number 6, stating that its debt is $296,967.46. Therefore, HOA is entitled to be paid in full on its secured debt. Furthermore, unsecured creditors are entitled to a greater distribution. The Plan cannot be amended to include payment to HOA in full based upon the Debtor's income set forth in the schedules.

This is a bad faith filing, and HOA asks that the case be converted to a chapter 7 on the grounds of bad faith. The fact that the Debtor's Plan fails to provide for any payments to HOA, as a secured creditor, either on its pre-petition debt, or on its post-petition assessments, speaks volumes about why the Debtor filed this case. This case appears to be a ruse to try to get out of paying its creditors what they are owed, and what they would be entitled to in a chapter 7, while allowing the Debtor to continue to live in his house. There is significant equity that should be paid to creditors, and a zero payout plan should not be approved.

Wherefore, HOA asks that the case be converted on the grounds of bad faith, and that the Court sustain HOA's objection to the proposed Plan.

DATED: September 9, 2019   WENDEL ROSEN LLP

By: */s/ Tracy Green*
Tracy Green
Attorneys for Marlow Estates HOA,
Secured Creditor

# EXHIBIT A

023658.0001\5599215.1

**Fill in this information to identify the case:**

Debtor 1: Carlos Ortiz Lopez

Debtor 2 (Spouse, if filing): ____

United States Bankruptcy Court for the: Northern District of California

Case number: 19-10519

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Marlow Estates HOA
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor ____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? ____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Tracy Green, Esq., Wendel Rosen LLP
Name
1111 Broadway, 24th Floor
Number  Street
Oakland          CA       94607
City             State    ZIP Code

Contact phone 510-834-6600
Contact email tgreen@wendel.com

Where should payments to the creditor be sent? (if different)
Pat Gromer, PAS, AAMC
Name
6572 Oakmont Dr., Ste. A
Number  Street
Santa Rosa       CA       95409
City             State    ZIP Code

Contact phone 707-539-5810
Contact email Patricia@pas-inc.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
__ __ __ __ - __ __ __ __ - __ __ __ __ - __ __ __ __

**4. Does this claim amend one already filed?**
☐ No
☑ Yes. Claim number on court claims registry (if known) 7

Filed on 08/15/2019
         MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? ____

**EXHIBIT A**

Official Form 410                            Proof of Claim                                   page 1
Case 19-10519   Claim 7-2   Filed 09/05/19   Desc Main Document   Page 1 of 9
Case: 19-10519   Doc# 19   Filed: 09/09/19   Entered: 09/09/19 16:41:12   Page 4 of 12

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**
- ☐ No
- ☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _ 0 0 2

**7. How much is the claim?** $ 20,269.66. Does this amount include interest or other charges?
- ☐ No
- ☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Homeowners Dues, fines and collection charges

**9. Is all or part of the claim secured?**
- ☐ No
- ☑ Yes. The claim is secured by a lien on property.

  **Nature of property:**
  - ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
  - ☐ Motor vehicle
  - ☑ Other. Describe: Notice of Delinquent Assessment attached

  **Basis for perfection:** California Civil Code Section 5675 and CC&R's
  Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

  Value of property: $ 520,054.00
  Amount of the claim that is secured: $ 20,269.66
  Amount of the claim that is unsecured: $ 0.00 (The sum of the secured and unsecured amounts should match the amount in line 7.)

  Amount necessary to cure any default as of the date of the petition: $ 14,935.00

  Annual Interest Rate (when case was filed) _____ %
  - ☐ Fixed
  - ☐ Variable

**10. Is this claim based on a lease?**
- ☑ No
- ☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____

**11. Is this claim subject to a right of setoff?**
- ☑ No
- ☐ Yes. Identify the property: _____

Official Form 410    Proof of Claim    page 2
Case 19-10519    Claim 7-2    Filed 09/05/19    Desc Main Document    Page 2 of 9
Case: 19-10519    Doc# 19    Filed: 09/09/19    Entered: 09/09/19 16:41:12    Page 5 of 12

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ✓ No | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | Yes. Check one: | |
| | Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
✓ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  08/29/2019
             MM / DD / YYYY

*Patricia Gromer* (signature)

Print the name of the person who is completing and signing this claim:

| Name | Pat Gromer |
| | First name        Middle name        Last name |
| Title | CMCA, Director of North Bay Regional Operations |
| Company | Professional Association Services, Accredited Management Company |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 6572 Oakmont Dr., Ste A |
| | Number   Street |
| | Santa Rosa            CA     95409 |
| | City                  State  ZIP Code |
| Contact phone | 707-539-5810 x 352    Email Patricia@pas-inc.com |

Attached is the following:

1. Notice of Delinquent Assessment;

2. Itemized Statement as of 11/22/2016; and

3. Pre-bankruptcy Collection Costs.

The sum of $5,000 has been included in the claim as an estimate of legal fees. When fees are known, this claim will be amended.

The administrative claim to date is the sum of $334.00 and continues to accrue at the rate of $34.00 per month, plus additional charges.

# EXHIBIT A

## NOTICE OF DELINQUENT ASSESSMENT
*Space above this line for recorder's use*

(Itemized Statement attached hereto and made a part hereof.)

This NOTICE OF DELINQUENT ASSESSMENT (Lien) is being given pursuant to California Civil Code §5675 and/or the provisions of the Declaration of Covenants, Conditions and Restrictions (CC&Rs) of the MARLOW ESTATES OWNERS ASSOCIATION (Association) executed on 09-04-1986 recorded 09-10-1986 Instrument 86071379 Book - - Page - - County of SONOMA, State of CA

Property legal description: **LOT 10, PARCEL MAP 456 MARLOW ESTATES UNIT NO. 2, BOOK 413, PAGE(S) 22, 23, AND 24**

Owner: **CARLOS ORTIZ LOPEZ AND MARIA ORTIZ**

| Property Address: | 1100 ALBION PLACE<br>SANTA ROSA, CA 95401 | Mailing Address: | 1100 ALBION PLACE<br>SANTA ROSA, CA 95401 |
|---|---|---|---|

| Total Delinquency Amount due as of 11-22-2016 | $7,031.65 | (See Itemized Statement Attached) |
|---|---|---|

After the expiration of 30 days following the recording of this Lien (which date of recordation appears on this notice), the Lien may be enforced in accordance with §5700-5715, subject to the debt being more than $1,800.00 or 12 months delinquent, if authorized by the association's board and governing documents. An owner may submit a written request for dispute resolution to the Association pursuant to the Association's "meet and confer" program required in Article 2 (commencing with Civil Code §5900) of Chapter 10. An owner may request alternative dispute resolution with a neutral third party pursuant to Article 3 (commencing with §5925) of Chapter 10 before the Association may initiate foreclosure against the owner's separate interest. Additional monies shall accrue under this Lien at the rate of the Association's periodic or special assessments, plus permissible late charges, costs of collection and interest, if any, subsequent to the date of this Lien. Should the Association act to have the Lien created by this notice enforced by non-judicial foreclosure and sale, as provided in Civil Code §5700-5715, the trustee authorized to enforce the Lien shall be Allied Trustee Services (Allied), 990 Reserve Drive #208, Roseville, CA 95678, (877) 282-4991.

Dated: November 22, 2016

**MARLOW ESTATES OWNERS ASSOCIATION**

ALLIED IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

SAM MCKEE, Authorized Representative

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF PLACER

On __11-22-16__ before me, Steve Kaav Vang, Notary Public, personally appeared SAM MCKEE who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

STEVE KAAV VANG
Commission # 2141319
Notary Public - California
Placer County
My Comm. Expires Feb 1, 2020

# ITEMIZED STATEMENT AS OF 11/22/2016

Date: 11/22/2016
Association: MARLOW ESTATES OWNERS ASSOCIATION

File Number: 16-11847
Account Number: ME-002

Owner(s): CARLOS ORTIZ LOPEZ AND MARIA ORTIZ

Property Address: 1100 ALBION PLACE
SANTA ROSA, CA 95401

**Total Due as of: 11/22/2016**     **$7,031.65**

## ASSOCIATION ASSESSMENTS, LATE CHARGES, INTEREST

|    | DESCRIPTION | AMOUNT | FROM | THRU | RATE | TOTAL |
|----|-------------|--------|------|------|------|-------|
| 1  | Monthly Assessments @ | $20.00 | 12/01/2006 | 12/31/2006 | 0.00% | $20.00 |
| 24 | Monthly Assessments @ | $25.00 | 01/01/2007 | 12/31/2008 | 0.00% | $600.00 |
| 12 | Monthly Assessments @ | $27.50 | 01/01/2009 | 12/31/2009 | 0.00% | $330.00 |
| 39 | Monthly Assessments @ | $30.00 | 01/01/2010 | 03/31/2013 | 0.00% | $1,170.00 |
| 1  | Monthly Assessments @ | $30.00 | 04/01/2013 | 04/30/2013 | 0.00% | $30.00 |
| 43 | Monthly Assessments @ | $30.00 | 05/01/2013 | 11/22/2016 | 0.00% | $1,290.00 |
| 5  | Late Charges @ | $10.00 | 07/01/2006 | 11/30/2006 | | $50.00 |
| 1  | Late Charges @ | $10.00 | 12/01/2006 | 12/31/2006 | | $10.00 |
| 24 | Late Charges @ | $10.00 | 01/01/2007 | 12/31/2008 | | $240.00 |
| 12 | Late Charges @ | $10.00 | 01/01/2009 | 12/31/2009 | | $120.00 |
| 39 | Late Charges @ | $10.00 | 01/01/2010 | 03/31/2013 | | $390.00 |
| 43 | Late Charges @ | $10.00 | 05/01/2013 | 11/22/2016 | | $430.00 |

Interest on Assessments from 07/31/2006 to 11/22/2016    $0.00

## COSTS OF COLLECTION, ADVANCES AND PAYMENTS

|   | DESCRIPTION | AMOUNT | FROM | THRU | RATE | TOTAL |
|---|-------------|--------|------|------|------|-------|
| 1 | PRIOR BALANCE INTEREST | $1,311.21 | 07/01/2012 | 07/01/2012 | 0.00% | $1,311.21 |
| 1 | COLLECTION COST - ASSOCIATION | $15.00 | 06/27/2013 | 06/27/2013 | 0.00% | $15.00 |
| 1 | COLLECTION COST - MANAGEMENT (PAYABLE TO ASSOCIATION) | $250.00 | 09/30/2016 | 09/30/2016 | 0.00% | $250.00 |

Interest on Advances thru 11/22/2016    $0.00

**Total due Association as of 11/22/2016:**    **$6,256.21**

## TRUSTEE'S FEES, COSTS, AND EXPENSES

| DESCRIPTION | TOTAL |
|-------------|-------|
| VESTING VERIFICATION | $25.00 |
| SETUP FEE | $100.00 |
| PRE-LIEN FEE | $250.00 |
| CERTIFIED - PRE-LIEN | $13.44 |
| NODA FEE | $350.00 |
| RECORDING - NOTICE OF DELINQUENT ASSESSMENT | $11.00 |
| RECORDING - RELEASE OF LIEN | $8.00 |
| CERTIFIED MAIL - NODA | $18.00 |

**Total due Trustee for Fees and Costs:**    **$775.44**

00-5130  Marlow Estates OA
Santa Rosa CA  95401

OAS Management
6572 Oakmont Drive, Suite A
Santa Rosa CA  95409

| Unit | Space | Resident | Type | Date | CC | Description | Check | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 0002 | | 01 Carlos Lopez | App# | 16029 | | | Beg Bal | | 0.00 |
| | | Marla Lopez | Chg | 01/31/2019 | AM | BF- AM | | 4,261.00 | 4,261.00 |
| | | 1100 Albion Place | Chg | 01/31/2019 | LI | BF- LI | | 1,311.21 | 5,572.21 |
| | | Santa Rosa CA 95401 | Chg | 01/31/2019 | lc | BF- LF | | 1,244.00 | 6,816.21 |
| | | | Chg | 01/31/2019 | CF | BF- Collections | | 250.00 | 7,066.21 |
| | | | Chg | 01/31/2019 | VI | BF- Fines | | 3,000.00 | 10,066.21 |
| | | | Chg | 02/01/2019 | AM | Assessment Monthly | | 34.00 | 10,100.21 |
| | | | Chg | 03/01/2019 | AM | Assessment Monthly | | 34.00 | 10,134.21 |
| | | | Chg | 04/01/2019 | AM | Assessment Monthly | | 34.00 | 10,168.21 |
| | | | Chg | 04/03/2019 | LI | Late Interest | | 43.29 | 10,211.50 |
| | | | Chg | 04/09/2019 | LC | Late Chg-10/2017 | | 10.00 | 10,221.50 |
| | | | Chg | 04/09/2019 | LC | Late Chg-01/2019 | | 10.00 | 10,231.50 |
| | | | Chg | 04/09/2019 | LC | Late Chg-02/2019 | | 10.00 | 10,241.50 |
| | | | Chg | 04/18/2019 | LC | Late Charge | | 10.00 | 10,251.50 |
| | | | Chg | 05/01/2019 | AM | Assessment Monthly | | 34.00 | 10,285.50 |
| | | | Chg | 05/01/2019 | LI | Late Interest | | 43.63 | 10,329.13 |
| | | | Chg | 05/15/2019 | LC | Late Charge | | 10.00 | 10,339.13 |
| | | | Chg | 06/01/2019 | AM | Assessment Monthly | | 34.00 | 10,373.13 |
| | | | Chg | 06/01/2019 | LI | Late Interest | | 43.97 | 10,417.10 |
| | | | Chg | 06/15/2019 | LC | Late Charge | | 10.00 | 10,427.10 |
| | | | Chg | 07/01/2019 | AM | Assessment Monthly | | 34.00 | 10,461.10 |
| | | | Chg | 07/26/2019 | VI | Yard | | 100.00 | 10,561.10 |
| | | | Chg | 07/26/2019 | VI | Fence | | 100.00 | 10,661.10 |
| | | | Chg | 07/26/2019 | VI | Storage of Items | | 100.00 | 10,761.10 |
| | | | Chg | 08/01/2019 | AM | Assessment Monthly | | 34.00 | 10,795.10 |
| | | | | | | | End Bal | | 10,795.10 |



# Allied Trustee Services
WORKING TOGETHER TO IMPROVE YOUR COMMUNITY

**Remit to:**
990 Reserve Drive, Suite 208
Roseville, CA 95678

**For questions or assistance:**
800.220.5454, option 6
inbox@alliedtrustee.com

# INVOICE

| INVOICE NUMBER | DATE | PAGE |
|---|---|---|
| 13788 | 7/19/2019 | 1 |

Bill to:

MARLOW ESTATES OWNERS ASSOCIATION
C/O PROFESSIONAL ASSOCIATION SERVICES, INC.
ATTN: PAT GROMER
PATRICIA@PAS-INC.COM

MARES
PAS



| FILE NUMBER | YOUR REFERENCE | OWNER(S) | PROPERTY ADDRESS |
|---|---|---|---|
| 16-11847 | ME-002 | CARLOS ORTIZ LOPEZ | 1100 ALBION PLACE<br>SANTA ROSA, CA 95401 |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/30/2016 | VESTING VERIFICATION | 25.00 |
| 09/30/2016 | SETUP FEE | 100.00 |
| 10/17/2016 | PRE-LIEN FEE | 250.00 |
| 10/18/2016 | CERTIFIED - PRE-LIEN | 13.44 |
| 11/22/2016 | NODA FEE | 350.00 |
| 11/30/2016 | RECORDING - NOTICE OF DELINQUENT ASSESSMENT | 17.00 |
| 12/08/2016 | CERTIFIED - NODA | 13.44 |
| 01/18/2017 | COLLECTABILITY PROFILE TITLE REPORT | 225.00 |
| 03/15/2017 | PRE FORECLOSURE NOTICE FEE | 150.00 |
| 03/16/2017 | CERTIFIED - PRE-FORECLOSURE NOTICE | 13.54 |
| 01/25/2018 | TRUSTEE FEE | 475.00 |
| 01/25/2018 | RECORDING - NOTICE OF DEFAULT | 92.00 |
| 01/25/2018 | RECORDING - NOTICE OF RESCISSION | 190.00 |
| 01/25/2018 | TITLE COMPANY RECORDING FEE | 15.00 |
| 02/09/2018 | TEN DAY MAILING | 16.62 |
| 05/24/2018 | PROCESS SERVICE - NOD - ONE LEGAL | 150.00 |
| 06/05/2018 | PROCESS SERVICE - NOD - ONE LEGAL (1ST ATTEMPT) | 75.00 |
| 06/05/2018 | PROCESS SERVICE - NOD - ONE LEGAL (2ND ATTEMPT) | 182.50 |
| 11/30/2018 | COLLECTABILITY PROFILE TITLE REPORT UPDATE | 125.00 |
| 02/15/2019 | TRUSTEE SALE GUARANTEE | 285.00 |
| 04/15/2019 | PUBLICATION NTS | 1,427.42 |
| 04/15/2019 | POSTING NTS | 125.00 |
| 04/19/2019 | NOTICE OF SALE MAILING | 16.60 |
| 04/22/2019 | RECORDING - NOTICE OF TRUSTEE'S SALE | 92.00 |
| 05/17/2019 | POSTPONEMENT FEE | 25.00 |
| 06/17/2019 | POSTPONEMENT FEE | 25.00 |

**AMOUNTS THAT MAY BE PLACED ON OWNER'S ACCOUNT:** **$4,474.56**



# Allied Trustee Services
WORKING TOGETHER TO IMPROVE YOUR COMMUNITY

**INVOICE**

Remit to:
990 Reserve Drive, Suite 208
Roseville, CA 95678

For questions or assistance:
800.220.5454, option 6
inbox@alliedtrustee.com

| INVOICE NUMBER | DATE | PAGE |
|---|---|---|
| 13788 | 7/19/2019 | 2 |

Bill to:

MARLOW ESTATES OWNERS ASSOCIATION
C/O PROFESSIONAL ASSOCIATION SERVICES, INC.
ATTN: PAT GROMER
PATRICIA@PAS-INC.COM

MARES
PAS



| FILE NUMBER | YOUR REFERENCE | OWNER(S) | PROPERTY ADDRESS |
|---|---|---|---|
| 16-11847 | ME-002 | CARLOS ORTIZ LOPEZ | 1100 ALBION PLACE SANTA ROSA, CA 95401 |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

**PLEASE PAY THIS AMOUNT:**    **$4,474.56**

REASON FOR INVOICE: ALLIED'S FEES AND COSTS FOR PROOF OF CLAIM FILING.