1  Tracy Green (Bar No. 114876)
   **WENDEL ROSEN LLP**
2  1111 Broadway, 24th Floor
   Oakland, California 94607-4036
3  Telephone: (510) 834-6600
   Fax: (510) 834-1928
4  Email: tgreen@wendel.com

5  Attorneys for Marlow Estates HOA,
   Secured Creditor

8  UNITED STATES BANKRUPTCY COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SANTA ROSA DIVISION

| | |
|---|---|
| In re | Case No. 19-10519-DM |
| CARLOS ORTIZ LOPEZ, | Chapter 13 |
| Debtor. | **OPPOSITION TO OBJECTION TO PROOF OF CLAIM** |

Marlow Estates HOA opposes the Debtor's objection to Claim No. 7-2 for the reasons set forth herein, and requests a hearing on or after November 20, 2019.

### **MARLOW'S SECURED CLAIM IS VALID**

Debtor objects to the amount of the secured portion of the Marlow Proof of Claim No. 7-2 in which it sets forth the basis of its claim. A copy of the Proof of Claim is attached as **Exhibit A** for the court's convenience. Attached as an exhibit to that Proof of Claim is a Notice of Delinquent Assessment ("Notice") which was recorded, and which Debtor does not dispute. That Notice states that the Notice includes the assessments noted, and the future assessments incurred and states:

> Additional monies shall accrue under this lien at the rate of the Association's periodic or special assessments, plus permissible late charges, costs of collection and interest, if any, subsequent to the date of this Lien.…

California Civil Code Section 5650(a) and (b) sets forth the amounts that an HOA can collect, and specifically indicates that the HOA can charge late fees, interest, and attorney's fees in collecting the regular and special assessments, and provides as follows:

> A regular or special assessment and any late charges, reasonable fees and costs of collection, reasonable attorney's fees, if any, and interest, if any, as determined in accordance with subdivision (b), shall be a debt of the owner of the separate interest at the time the assessment or other sums are levied. CCC § 5650(a)

Marlow's secured claim is authorized by the California Civil Code, and Debtor has no basis for objecting to the amount of Marlow's secured claim. To the extent this Court determines that Marlow's secured claim is anything other than as stated, the balance of Marlow's claim would be an allowed unsecured claim.

## THE ATTORNEY'S FEES ARE REASONABLE

The Bankruptcy Trustee filed a motion to dismiss this bankruptcy case because of the gross inadequacies in Debtor's proposed Plan. Yet as of this writing he has made no attempts to amend his Plan to comply with basic bankruptcy requirements. (See, Docket No. 20). Instead of complying with his duties, he is continuing in his efforts to use this bankruptcy case to delay the payment of creditors in bad faith. Debtor continues to cause Marlow to incur additional legal fees, and that is increasing its claim and lien in this case.

Marlow is incurring legal fees in enforcing its lien and its claim, and those fees are reasonable. The amount of $5,000 in the proof of claim was listed as an estimate, not knowing what the actual amount will be. Attached to this opposition as **Exhibit B** are copies of some of the time records incurred, but do not include all fees incurred to date, and do not include the amount necessary to oppose this objection to the claim and continue to object to the Plan. Marlow will amend its Proof of Claim to include additional fees as they are incurred.

## CONCLUSION

This case was filed in bad faith. It is clear that the Plan is not feasible (See, *Motion of Chapter 13 Trustee, David Burchard, to Dismiss Case Prior to Confirmation* (Docket No. 20) and Marlow's *Objection to Confirmation of Chapter 13 Plan and Request to Convert for Bad Faith* (Docket No. 19). Based on the Debtor's incomplete filings and deficient Plan, there can be no

dispute that the Debtor never intended to confirm a Plan and pay creditors what they are entitled to be paid. The fact that the Debtor has chosen to object to a claim rather than correct his deficient Plan and filings, is evidence that this bankruptcy was filed in bad faith, and this objection is a bad faith objection intended to make Marlow incur legal fees and delay the dismissal or conversion of this case. Debtor's objection to the claim should be denied.

DATED: Octobrer 29, 2019                WENDEL ROSEN LLP

By:      */s/ Tracy Green*
         Tracy Green
         Attorneys for Marlow Estates HOA,
         Secured Creditor

# EXHIBIT A

**Fill in this information to identify the case:**

Debtor 1: Carlos Ortiz Lopez

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of California

Case number: 19-10519

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Marlow Estates HOA
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Tracy Green, Esq., Wendel Rosen LLP
Name
1111 Broadway, 24th Floor
Number   Street
Oakland          CA       94607
City              State    ZIP Code

Contact phone 510-834-6600
Contact email tgreen@wendel.com

Where should payments to the creditor be sent? (if different)
Pat Gromer, PAS, AAMC
Name
6572 Oakmont Dr., Ste. A
Number   Street
Santa Rosa       CA       95409
City              State    ZIP Code

Contact phone 707-539-5810
Contact email Patricia@pas-inc.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**
☐ No
☒ Yes. Claim number on court claims registry (if known) 7
Filed on 08/15/2019
          MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

**EXHIBIT A**

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _-_ _0_ _0_ _2_

**7. How much is the claim?** $ 20,269.66. Does this amount include interest or other charges?
☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Homeowners Dues, fines and collection charges

**9. Is all or part of the claim secured?**
☐ No
☑ Yes. The claim is secured by a lien on property.

Nature of property:
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☑ Other. Describe: Notice of Delinquent Assessment attached

Basis for perfection: California Civil Code Section 5675 and CC&R's

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $ 520,054.00
Amount of the claim that is secured: $ 20,269.66
Amount of the claim that is unsecured: $ 0.00 (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $ 14,935.00

Annual Interest Rate (when case was filed) _____ %
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ✓ No | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | Yes. Check one: | |
| | Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
✓ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  08/29/2019
                  MM / DD / YYYY

*/s/ Patricia Gromer*
Signature

Print the name of the person who is completing and signing this claim:

| Name | Pat | | Gromer |
|---|---|---|---|
| | First name | Middle name | Last name |

Title: CMCA, Director of North Bay Regional Operations

Company: Professional Association Services, Accredited Management Company
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 6572 Oakmont Dr., Ste A
         Number        Street
         Santa Rosa                              CA          95409
         City                                    State       ZIP Code

Contact phone: 707-539-5810 x 352         Email: Patricia@pas-inc.com

Attached is the following:

1. Notice of Delinquent Assessment;
2. Itemized Statement as of 11/22/2016; and
3. Pre-bankruptcy Collection Costs.

The sum of $5,000 has been included in the claim as an estimate of legal fees. When fees are known, this claim will be amended.

The administrative claim to date is the sum of $334.00 and continues to accrue at the rate of $34.00 per month, plus additional charges.

# EXHIBIT A

CONFORMED COPY

RECORDING REQUESTED BY

TITLE SOLUTIONS, INC.

AND WHEN RECORDED MAIL TO

ALLIED TRUSTEE SERVICES
990 RESERVE DRIVE, SUITE 208
ROSEVILLE, CA 95678 (877) 282-4991

File No. - 16-11847 / RECNODA
Title No. - 63354
APN - 152-133-031

RECORDED: 11/30/2016

AS INSTRUMENT NO. : 2016-110586

COUNTY OF: SONOMA

## NOTICE OF DELINQUENT ASSESSMENT
(Itemized Statement attached hereto and made a part hereof.)

Space above this line for recorder's use

This NOTICE OF DELINQUENT ASSESSMENT (Lien) is being given pursuant to California Civil Code §5675 and/or the provisions of the Declaration of Covenants, Conditions and Restrictions (CC&Rs) of the MARLOW ESTATES OWNERS ASSOCIATION (Association) executed on 09-04-1986 recorded 09-10-1986 Instrument 86071379 Book - - Page - - County of SONOMA, State of CA

Property legal description: **LOT 10, PARCEL MAP 456 MARLOW ESTATES UNIT NO. 2, BOOK 413, PAGE(S) 22, 23, AND 24**

Owner: **CARLOS ORTIZ LOPEZ AND MARIA ORTIZ**

Property Address: 1100 ALBION PLACE SANTA ROSA, CA 95401

Mailing Address: 1100 ALBION PLACE SANTA ROSA, CA 95401

| Total Delinquency Amount due as of **11-22-2016** | $7,031.65 | (See Itemized Statement Attached) |

After the expiration of 30 days following the recording of this Lien (which date of recordation appears on this notice), the Lien may be enforced in accordance with §5700-5715, subject to the debt being more than $1,800.00 or 12 months delinquent, if authorized by the association's board and governing documents. An owner may submit a written request for dispute resolution to the Association pursuant to the Association's "meet and confer" program required in Article 2 (commencing with Civil Code §5900) of Chapter 10. An owner may request alternative dispute resolution with a neutral third party pursuant to Article 3 (commencing with §5925) of Chapter 10 before the Association may initiate foreclosure against the owner's separate interest. Additional monies shall accrue under this Lien at the rate of the Association's periodic or special assessments, plus permissible late charges, costs of collection and interest, if any, subsequent to the date of this Lien. Should the Association act to have the Lien created by this notice enforced by non-judicial foreclosure and sale, as provided in Civil Code §5700-5715, the trustee authorized to enforce the Lien shall be Allied Trustee Services (Allied), 990 Reserve Drive #208, Roseville, CA 95678, (877) 282-4991.

Dated: November 22, 2016

ALLIED IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

**MARLOW ESTATES OWNERS ASSOCIATION**

SAM MCKEE, Authorized Representative

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF PLACER

On 11-22-16 before me, Steve Kaav Vang, Notary Public, personally appeared SAM MCKEE who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

STEVE KAAV VANG
Commission # 2141319
Notary Public - California
Placer County
My Comm. Expires Feb 1, 2020

# ITEMIZED STATEMENT AS OF 11/22/2016

Date: 11/22/2016
Association: MARLOW ESTATES OWNERS ASSOCIATION

File Number: 16-11847
Account Number: ME-002

Owner(s): CARLOS ORTIZ LOPEZ AND MARIA ORTIZ

Property Address: 1100 ALBION PLACE
SANTA ROSA, CA 95401

| Total Due as of: 11/22/2016 | $7,031.65 |
|---|---|

## ASSOCIATION ASSESSMENTS, LATE CHARGES, INTEREST

| | DESCRIPTION | AMOUNT | FROM | THRU | RATE | TOTAL |
|---|---|---|---|---|---|---|
| 1 | Monthly Assessments @ | $20.00 | 12/01/2006 | 12/31/2006 | 0.00% | $20.00 |
| 24 | Monthly Assessments @ | $25.00 | 01/01/2007 | 12/31/2008 | 0.00% | $600.00 |
| 12 | Monthly Assessments @ | $27.50 | 01/01/2009 | 12/31/2009 | 0.00% | $330.00 |
| 39 | Monthly Assessments @ | $30.00 | 01/01/2010 | 03/31/2013 | 0.00% | $1,170.00 |
| 1 | Monthly Assessments @ | $30.00 | 04/01/2013 | 04/30/2013 | 0.00% | $30.00 |
| 43 | Monthly Assessments @ | $30.00 | 05/01/2013 | 11/22/2016 | 0.00% | $1,290.00 |
| 5 | Late Charges @ | $10.00 | 07/01/2006 | 11/30/2006 | | $50.00 |
| 1 | Late Charges @ | $10.00 | 12/01/2006 | 12/31/2006 | | $10.00 |
| 24 | Late Charges @ | $10.00 | 01/01/2007 | 12/31/2008 | | $240.00 |
| 12 | Late Charges @ | $10.00 | 01/01/2009 | 12/31/2009 | | $120.00 |
| 39 | Late Charges @ | $10.00 | 01/01/2010 | 03/31/2013 | | $390.00 |
| 43 | Late Charges @ | $10.00 | 05/01/2013 | 11/22/2016 | | $430.00 |

Interest on Assessments from 07/31/2006 to 11/22/2016  $0.00

## COSTS OF COLLECTION, ADVANCES AND PAYMENTS

| | DESCRIPTION | AMOUNT | FROM | THRU | RATE | TOTAL |
|---|---|---|---|---|---|---|
| 1 | PRIOR BALANCE INTEREST | $1,311.21 | 07/01/2012 | 07/01/2012 | 0.00% | $1,311.21 |
| 1 | COLLECTION COST - ASSOCIATION | $15.00 | 06/27/2013 | 06/27/2013 | 0.00% | $15.00 |
| 1 | COLLECTION COST - MANAGEMENT (PAYABLE TO ASSOCIATION) | $250.00 | 09/30/2016 | 09/30/2016 | 0.00% | $250.00 |

Interest on Advances thru 11/22/2016  $0.00

**Total due Association as of 11/22/2016:**  $6,256.21

## TRUSTEE'S FEES, COSTS, AND EXPENSES

| DESCRIPTION | TOTAL |
|---|---|
| VESTING VERIFICATION | $25.00 |
| SETUP FEE | $100.00 |
| PRE-LIEN FEE | $250.00 |
| CERTIFIED - PRE-LIEN | $13.44 |
| NODA FEE | $350.00 |
| RECORDING - NOTICE OF DELINQUENT ASSESSMENT | $11.00 |
| RECORDING - RELEASE OF LIEN | $8.00 |
| CERTIFIED MAIL - NODA | $18.00 |

**Total due Trustee for Fees and Costs:**  $775.44

00-5130 Marlow Estates OA  
Santa Rosa CA 95401

OAS Management  
6572 Oakmont Drive, Suite A  
Santa Rosa CA 95409

| Unit | Space | Resident |
|---|---|---|
| 0002 | 01 | Carlos Lopez |
| | | Maria Lopez |
| | | 1100 Albion Place |
| | | Santa Rosa CA 95401 |

| Type | Date | CC | Description | Check | Amount | Balance |
|---|---|---|---|---|---|---|
| App# | 16029 | | | Beg Bal | | 0.00 |
| Chg | 01/31/2019 | AM | BF- AM | | 4,261.00 | 4,261.00 |
| Chg | 01/31/2019 | LI | BF- LI | | 1,311.21 | 5,572.21 |
| Chg | 01/31/2019 | lc | BF- LF | | 1,244.00 | 6,816.21 |
| Chg | 01/31/2019 | CF | BF- Collections | | 250.00 | 7,066.21 |
| Chg | 01/31/2019 | VI | BF- Fines | | 3,000.00 | 10,066.21 |
| Chg | 02/01/2019 | AM | Assessment Monthly | | 34.00 | 10,100.21 |
| Chg | 03/01/2019 | AM | Assessment Monthly | | 34.00 | 10,134.21 |
| Chg | 04/01/2019 | AM | Assessment Monthly | | 34.00 | 10,168.21 |
| Chg | 04/03/2019 | LI | Late Interest | | 43.29 | 10,211.50 |
| Chg | 04/09/2019 | LC | Late Chg-10/2017 | | 10.00 | 10,221.50 |
| Chg | 04/09/2019 | LC | Late Chg-01/2019 | | 10.00 | 10,231.50 |
| Chg | 04/09/2019 | LC | Late Chg-02/2019 | | 10.00 | 10,241.50 |
| Chg | 04/18/2019 | LC | Late Charge | | 10.00 | 10,251.50 |
| Chg | 05/01/2019 | AM | Assessment Monthly | | 34.00 | 10,285.50 |
| Chg | 05/01/2019 | LI | Late Interest | | 43.63 | 10,329.13 |
| Chg | 05/15/2019 | LC | Late Charge | | 10.00 | 10,339.13 |
| Chg | 06/01/2019 | AM | Assessment Monthly | | 34.00 | 10,373.13 |
| Chg | 06/01/2019 | LI | Late Interest | | 43.97 | 10,417.10 |
| Chg | 06/15/2019 | LC | Late Charge | | 10.00 | 10,427.10 |
| Chg | 07/01/2019 | AM | Assessment Monthly | | 34.00 | 10,461.10 |
| Chg | 07/26/2019 | VI | Yard | | 100.00 | 10,561.10 |
| Chg | 07/26/2019 | VI | Fence | | 100.00 | 10,661.10 |
| Chg | 07/26/2019 | VI | Storage of Items | | 100.00 | 10,761.10 |
| Chg | 08/01/2019 | AM | Assessment Monthly | | 34.00 | 10,795.10 |
| | | | | End Bal | | 10,795.10 |



# Allied Trustee Services
WORKING TOGETHER TO IMPROVE YOUR COMMUNITY

**Remit to:**
990 Reserve Drive, Suite 208
Roseville, CA 95678

**For questions or assistance:**
800.220.5454, option 6
inbox@alliedtrustee.com

# INVOICE

| INVOICE NUMBER | DATE | PAGE |
|---|---|---|
| 13788 | 7/19/2019 | 1 |

Bill to:

MARLOW ESTATES OWNERS ASSOCIATION
C/O PROFESSIONAL ASSOCIATION SERVICES, INC.
ATTN: PAT GROMER
PATRICIA@PAS-INC.COM

MARES
PAS



| FILE NUMBER | YOUR REFERENCE | OWNER(S) | PROPERTY ADDRESS |
|---|---|---|---|
| 16-11847 | ME-002 | CARLOS ORTIZ LOPEZ | 1100 ALBION PLACE SANTA ROSA, CA 95401 |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/30/2016 | VESTING VERIFICATION | 25.00 |
| 09/30/2016 | SETUP FEE | 100.00 |
| 10/17/2016 | PRE-LIEN FEE | 250.00 |
| 10/18/2016 | CERTIFIED - PRE-LIEN | 13.44 |
| 11/22/2016 | NODA FEE | 350.00 |
| 11/30/2016 | RECORDING - NOTICE OF DELINQUENT ASSESSMENT | 17.00 |
| 12/08/2016 | CERTIFIED - NODA | 13.44 |
| 01/18/2017 | COLLECTABILITY PROFILE TITLE REPORT | 225.00 |
| 03/15/2017 | PRE FORECLOSURE NOTICE FEE | 150.00 |
| 03/16/2017 | CERTIFIED - PRE-FORECLOSURE NOTICE | 13.54 |
| 01/25/2018 | TRUSTEE FEE | 475.00 |
| 01/25/2018 | RECORDING - NOTICE OF DEFAULT | 92.00 |
| 01/25/2018 | RECORDING - NOTICE OF RESCISSION | 190.00 |
| 01/25/2018 | TITLE COMPANY RECORDING FEE | 15.00 |
| 02/09/2018 | TEN DAY MAILING | 16.62 |
| 05/24/2018 | PROCESS SERVICE - NOD - ONE LEGAL | 150.00 |
| 06/05/2018 | PROCESS SERVICE - NOD - ONE LEGAL (1ST ATTEMPT) | 75.00 |
| 06/05/2018 | PROCESS SERVICE - NOD - ONE LEGAL (2ND ATTEMPT) | 182.50 |
| 11/30/2018 | COLLECTABILITY PROFILE TITLE REPORT UPDATE | 125.00 |
| 02/15/2019 | TRUSTEE SALE GUARANTEE | 285.00 |
| 04/15/2019 | PUBLICATION NTS | 1,427.42 |
| 04/15/2019 | POSTING NTS | 125.00 |
| 04/19/2019 | NOTICE OF SALE MAILING | 16.60 |
| 04/22/2019 | RECORDING - NOTICE OF TRUSTEE'S SALE | 92.00 |
| 05/17/2019 | POSTPONEMENT FEE | 25.00 |
| 06/17/2019 | POSTPONEMENT FEE | 25.00 |

**AMOUNTS THAT MAY BE PLACED ON OWNER'S ACCOUNT:** **$4,474.56**



# Allied Trustee Services
WORKING TOGETHER TO IMPROVE YOUR COMMUNITY

**Remit to:**
990 Reserve Drive, Suite 208
Roseville, CA 95678

**For questions or assistance:**
800.220.5454, option 6
inbox@alliedtrustee.com

# INVOICE

| INVOICE NUMBER | DATE | PAGE |
|---|---|---|
| 13788 | 7/19/2019 | 2 |

Bill to:

MARLOW ESTATES OWNERS ASSOCIATION
C/O PROFESSIONAL ASSOCIATION SERVICES, INC.
ATTN: PAT GROMER
PATRICIA@PAS-INC.COM

MARES
PAS



| FILE NUMBER | YOUR REFERENCE | OWNER(S) | PROPERTY ADDRESS |
|---|---|---|---|
| 16-11847 | ME-002 | CARLOS ORTIZ LOPEZ | 1100 ALBION PLACE<br>SANTA ROSA, CA 95401 |

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| | | **PLEASE PAY THIS AMOUNT:** | **$4,474.56** |

REASON FOR INVOICE: ALLIED'S FEES AND COSTS FOR PROOF OF CLAIM FILING.

# EXHIBIT B

023658.0001\5599215.1



# Invoice

Pat Gromer  
Director of North Bay Regional Operations  
PAS, Inc.,  
6572 Oamont Dr., Ste. A  
Santa Rosa, CA 95409

Date: August 31, 2019  
Client ID: 023658.0001  
Invoice Number: 2000184894  
Billing Attorney: Tracy Green

RE: **CARLOS ORTIZ LOPEZ, DEBTOR**

### Professional Services

| Date | Description of Services | ID | Hours | Amount |
|---|---|---|---|---|
| 08/15/19 | Review case file online to determine next steps | TZG | 0.70 | 385.00 |
| 08/22/19 | Prepare proof of claim and review case file and prepare email re status and strategy | TZG | 1.70 | 935.00 |

**TOTAL CURRENT FEES** $1,320.00

### Billing Rate Summary

| ID | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| TZG | Tracy Z Green | $550.00 | 2.40 | $1,320.00 |

**TOTAL CURRENT FEES** $1,320.00

For billing inquiries, please call the Accounting Department at (510) 834-6600

## EXHIBIT B

ALL COSTS AND DISBURSEMENTS MAY NOT BE BILLED DUE TO LATE RECEIPT OF INVOICE FROM VENDOR  FED ID # 94-1123744

1111 Broadway, 24th FL • Oakland • California • 94607 • Telephone: (510) 834-6600 • Fax: (510) 834-1928



# Invoice

Pat Gromer
Director of North Bay Regional Operations
PAS, Inc.,
6572 Oamont Dr., Ste. A
Santa Rosa, CA 95409

Date: September 30, 2019
Client ID: 023658.0001
Invoice Number: 2000186653
Billing Attorney: Tracy Green

**RE: CARLOS ORTIZ LOPEZ, DEBTOR**

## Professional Services

| Date | Description of Services | ID | Hours | Amount |
|---|---|---|---|---|
| 09/05/19 | Prepare email to client in response to questions from president(.4), prepare objection to plan and request for case to be dismissed as bad faith filing(1.1) | TZG | 1.50 | 825.00 |
| 09/06/19 | Prepare objection to plan | TZG | 1.20 | 660.00 |
| 09/09/19 | Finalize objection to plan and exchange emails re approval from client to file same | TZG | 0.40 | 220.00 |
| 09/17/19 | Exchange emails with client re status of case; exchange emails with trustee re continuance of meeting of creditors; | TZG | 0.60 | 330.00 |
| 09/19/19 | Exchange emails re possible settlement terms | TZG | 0.30 | 165.00 |
| 09/26/19 | Review client's response to debtor's request for payment; prepare response to debtor's counsel rejecting offer | TZG | 0.30 | 165.00 |

**TOTAL CURRENT FEES** $2,365.00

### Billing Rate Summary

| ID | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| TZG | Tracy Z Green | $550.00 | 4.30 | $2,365.00 |

ALL COSTS AND DISBURSEMENTS MAY NOT BE BILLED DUE TO LATE RECEIPT OF INVOICE FROM VENDOR    FED ID # 94-1123744

1111 Broadway, 24th FL • Oakland • California • 94607 • Telephone: (510) 834-6600 • Fax: (510) 834-1928

Marlow Estates HOA  
Page 2

September 30, 2019  
Client ID: 023658.0001  
Invoice Number: 2000186653  
Billing Attorney: Tracy Green

## Expenses

| Date | Description | Amount |
|---|---|---:|
| --- | Swiss Post Copy Charges | 4.30 |
| --- | U.S. Postage | 2.60 |

**TOTAL CURRENT EXPENSES** — **$6.90**

**TOTAL CURRENT FEES PLUS EXPENSES** — **$2,371.90**

For billing inquiries, please call the Accounting Department at (510) 834-6600



# Invoice

Pat Gromer
Director of North Bay Regional Operations
PAS, Inc.,
6572 Oamont Dr., Ste. A
Santa Rosa, CA 95409

Date: October 29, 2019
Client ID: 023658.0001
Invoice Number: 2000186923
Billing Attorney: Tracy Green

**RE: CARLOS ORTIZ LOPEZ, DEBTOR**

## Professional Services

| Date | Description of Services | ID | Hours | Amount |
|---|---|---|---|---|
| 10/11/19 | Review docket to determine status; prepare email in response to client inquiry | TZG | 0.60 | 330.00 |
| 10/21/19 | Review motion to dismiss, prepare email to client | TZG | 0.40 | 220.00 |
| 10/24/19 | Review debtor's objection to claim; forward same to client with email recommendations | TZG | 0.60 | 330.00 |
| 10/25/19 | Prepare opposition to objection to claim | TZG | 1.10 | 605.00 |
| 10/29/19 | Revise opposition to objection to claim | TZG | 1.80 | 990.00 |

**TOTAL CURRENT FEES** $2,475.00

### Billing Rate Summary

| ID | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| TZG | Tracy Z Green | $550.00 | 4.50 | $2,475.00 |

**TOTAL CURRENT FEES** **$2,475.00**

For billing inquiries, please call the Accounting Department at (510) 834-6600

ALL COSTS AND DISBURSEMENTS MAY NOT BE BILLED DUE TO LATE RECEIPT OF INVOICE FROM VENDOR

FED ID # 94-1123744

1111 Broadway, 24th FL • Oakland • California • 94607 • Telephone: (510) 834-6600 • Fax: (510) 834-1928

# CERTIFICATE OF SERVICE

I, Pam Joakimson, declare:

I am a citizen of the United States and am employed in the County of Alameda. I am over the age of 18 years and not a party to the within-entitled action. My business address is 1111 Broadway, 24th Floor, Oakland, California, 94607-4036.

On the date set forth below I caused to be served the following document(s):

**OPPOSITION TO OBJECTION TO PROOF OF CLAIM**

on each party listed below in the following manner:

**[X]** **by ECF** to registered ECF recipients for this case:

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on October 29, 2019, at Oakland, California.

*/s/ Pam Joakimson*
Pam Joakimson